## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 17-23002-CMB |
| Sonya M. Miles, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No.: |
| Sonya M. Miles, | : | |
| | : | Related Document No.: 21 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents. | : | |
| | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 23, 2022 at docket number 21, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor: *Sonya M. Miles*. Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: October 26, 2022          /s/ *Sonya Miles*
ID GMhdLK96wShjR5uGifKSwHDk
Sonya M. Miles, Debtor


Respectfully submitted,

Dated: October 26, 2022          /s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086

(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**      **GMhdLK96wShjR5uGifKSwHDk**
Signed by:          Sonya Miles
Sent to email:      Smiles5257@aol.com
IP Address:         75.151.230.233
Signed at:          Oct 26 2022, 9:52 am EDT