**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sonya M Miles**
Debtor(s)

Bankruptcy Case No.: 17−23002−CMB

Chapter: 13
Docket No.: 96 − 95

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/19/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/19/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23002-CMB |
| Sonya M Miles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 25, 2022 | Form ID: 408v | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya M Miles, 5028 Julia Lane, Mc Kees Rocks, PA 15136-1564 |
| cr | + | Borough of McKees Rock & Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14690532 | + | Borough of McKees Rocks & Sto-Rox SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14665145 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14665148 | | Nordstrom, P Bpx 13589, Scottsdale, AZ 85267 |
| 14672901 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14690530 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:12 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14665138 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 25 2022 23:59:00 | Beneficial National Bank, PO Box 15518, Wilmington, DE 19850-5518 |
| 14665139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:14:03 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14690531 | + | Email/Text: ebnjts@grblaw.com | Oct 25 2022 23:59:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14665140 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:14:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14665141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Comenity - Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 14665147 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:14:12 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14729364 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 23:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14665142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Dressbarn, PO Box 659704, San Antonio, TX 78265-9704 |
| 14665143 | + | Email/Text: bncnotifications@pheaa.org | Oct 25 2022 23:59:00 | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14729530 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 23:59:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14665144 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 408v | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14665146 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:01 | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14714973 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2022 23:59:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14685022 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:14:06 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14665149 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:14:05 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 14856075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:06 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14707763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14666134 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 00:14:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14737677 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 23:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14665150 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:12 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14665151 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:02 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 14665152 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:01 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14746983 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 23:59:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage- Backed Notes, Series 2021-R2 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Sonya M Miles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| James P. Valecko | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS jvalecko@weltman.com  PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6