**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SONYA M MILES<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-23002<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/25/2017 and confirmed on 4/6/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,029.89 |
| Less Refunds to Debtor | 1,049.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,979.92 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,217.25 | |
|    Trustee Fee | 3,496.37 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,713.62 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE<br>    Acct: 1220 | 0.00 | 30,247.94 | 0.00 | 30,247.94 |
|   US BANK NA - INDENTURE TRUSTEE<br>    Acct: 1220 | 4,575.18 | 4,575.18 | 0.00 | 4,575.18 |
|   STERLING INC DBA KAY JEWELERS<br>    Acct: 8998 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STO ROX SD (MCKEES ROCKS) RE<br>    Acct: M273 | 1,034.30 | 1,034.30 | 222.15 | 1,256.45 |
|   STO ROX SD (MCKEES ROCKS) RE<br>    Acct: M273 | 103.43 | 103.43 | 0.00 | 103.43 |
|   MCKEES ROCKS BOROUGH (RE)<br>    Acct: M273 | 547.08 | 547.08 | 118.25 | 665.33 |
|   MCKEES ROCKS BOROUGH (RE)<br>    Acct: M273 | 54.71 | 54.71 | 0.00 | 54.71 |
| | | | | 36,903.04 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SONYA M MILES<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SONYA M MILES<br>    Acct: | 1,049.97 | 1,049.97 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXX0/20 | 2,324.40 | 2,324.40 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/22 | 1,642.85 | 1,642.85 | 0.00 | 0.00 |
|   HYUNDAI LEASE TITLING TRUST<br>    Acct: 9153 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STO ROCKS SD & MCKEES ROCKS BORO<br>    Acct: | 1,499.81 | 1,499.81 | 0.00 | 1,499.81 |
|   RONDA J WINNECOUR TRUSTEE/CLERK<br>    Acct: XXXXXXXX-CMB | 0.00 | 0.00 | 0.00 | 0.00 |

17-23002
Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 1,499.81 |
| Unsecured | | | | |
| US DEPARTMENT OF EDUCATION  Acct: 4935 | 0.00 | 13,197.94 | 0.00 | 13,197.94 |
| PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 4017 | 347.58 | 347.58 | 0.00 | 347.58 |
| PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 5951 | 2,136.12 | 2,136.12 | 0.00 | 2,136.12 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 3258 | 1,021.87 | 1,021.87 | 0.00 | 1,021.87 |
| DRESS BARN  Acct: 0007 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 0007 | 1,497.28 | 1,497.28 | 0.00 | 1,497.28 |
| DEPARTMENT STORES NATIONAL BANK  Acct: 9150 | 2,070.30 | 2,070.30 | 0.00 | 2,070.30 |
| NORDSTROM FSB  Acct: 3692 | 1,007.28 | 1,007.28 | 0.00 | 1,007.28 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 4362 | 1,930.61 | 1,930.61 | 0.00 | 1,930.61 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 1968 | 2,744.14 | 2,744.14 | 0.00 | 2,744.14 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 4466 | 705.01 | 705.01 | 0.00 | 705.01 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 5836 | 2,205.32 | 2,205.32 | 0.00 | 2,205.32 |
| SYNCHRONY BANK  Acct: 5836 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 28,863.45 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 67,266.30 |

TOTAL CLAIMED
PRIORITY           1,499.81
SECURED            6,314.70
UNSECURED         15,665.51

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    SONYA M MILES

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-23002

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sonya M Miles  
    Debtor

Case No. 17-23002-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Oct 25, 2022     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya M Miles, 5028 Julia Lane, Mc Kees Rocks, PA 15136-1564 |
| cr | + | Borough of McKees Rock & Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14690532 | + | Borough of McKees Rocks & Sto-Rox SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14665145 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14665148 | | Nordstrom, P Bpx 13589, Scottsdale, AZ 85267 |
| 14672901 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14690530 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:02 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14665138 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 25 2022 23:59:00 | Beneficial National Bank, PO Box 15518, Wilmington, DE 19850-5518 |
| 14665139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:14:03 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14690531 | + | Email/Text: ebnjts@grblaw.com | Oct 25 2022 23:59:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14665140 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:14:11 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14665141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Comenity - Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 14665147 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 00:14:03 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14729364 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 23:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14665142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Dressbarn, PO Box 659704, San Antonio, TX 78265-9704 |
| 14665143 | + | Email/Text: bncnotifications@pheaa.org | Oct 25 2022 23:59:00 | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14729530 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 25 2022 23:59:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14665144 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2022 23:59:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |

Case 17-23002-CMB    Doc 99    Filed 10/27/22    Entered 10/28/22 00:25:16    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14665146 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:06 | Lowe's/Synchrony Bank, PO Box 960010, Orlando, FL 32896-0010 |
| 14714973 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2022 23:59:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14685022 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:14:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14665149 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:14:06 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 14856075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14707763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 00:14:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14666134 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 00:14:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14737677 | | Email/Text: bnc-quantum@quantum3group.com | Oct 25 2022 23:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14665150 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:11 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14665151 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:11 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 14665152 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 00:14:02 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14746983 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 25 2022 23:59:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022          Signature:          /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: pdf900 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage- Backed Notes, Series 2021-R2 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Sonya M Miles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| James P. Valecko | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS jvalecko@weltman.com  PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6