## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SONYA M MILES

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23002

Chapter 13

Document No.: 95

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this **20th** day of **December**, 20**22**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

FILED
12/20/22 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23002-CMB
Sonya M Miles  Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3
Date Rcvd: Dec 20, 2022   Form ID: pdf900   Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya M Miles, 5028 Julia Lane, Mc Kees Rocks, PA 15136-1564 |
| cr | + | Borough of McKees Rock & Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14690532 | + | Borough of McKees Rocks & Sto-Rox SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14665143 | + | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14665145 | + | KIA Motor Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 14665148 | | Nordstrom, P Bpx 13589, Scottsdale, AZ 85267 |
| 14672901 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14690530 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2022 23:54:22 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14665138 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 20 2022 23:48:00 | Beneficial National Bank, PO Box 15518, Wilmington, DE 19850-5518 |
| 14665139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 00:04:36 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14690531 | + | Email/Text: ebnjts@grblaw.com | Dec 20 2022 23:48:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14665140 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2022 23:54:03 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14665141 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2022 23:48:00 | Comenity - Avenue, PO Box 659584, San Antonio, TX 78265-9584 |
| 14665147 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2022 00:04:36 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14729364 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14665142 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2022 23:48:00 | Dressbarn, PO Box 659704, San Antonio, TX 78265-9704 |
| 14729530 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 20 2022 23:49:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14665144 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2022 23:48:00 | Kay Jewelers, PO Box 3680, Akron, OH 44309-3680 |
| 14665146 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2022 23:54:19 | Lowe's/Synchrony Bank, PO Box 960010, |

Case 17-23002-CMB    Doc 104    Filed 12/22/22    Entered 12/23/22 00:25:48    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0010 |
| 14714973 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2022 23:48:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14685022 | | Email/PDF: cbp@onemainfinancial.com | Dec 20 2022 23:54:03 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14665149 | + | Email/PDF: cbp@onemainfinancial.com | Dec 20 2022 23:53:40 | One Main Financial, PO Box 64, Evansville, IN 47701-0064 |
| 14856075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2022 23:54:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14707763 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2022 23:54:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14666134 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2022 23:54:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14737677 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14665150 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2022 23:54:21 | SYNCB/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 14665151 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2022 23:54:19 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 14665152 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2022 23:54:19 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14746983 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 20 2022 23:49:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | STERLING JEWELERS INC D/B/A KAY JEWELERS |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R2, Mortgage- Backed Notes, Series 2021-R2 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Sonya M Miles bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| James P. Valecko | on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS jvalecko@weltman.com  PitEcf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rock & Sto-Rox School District jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6